IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHIDA ISSA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-CV-4554 |
| ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE, | ) ) Hon. Joan H. Lefkow ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record for Plaintiff Rashida Issa and Defendant Rosalind Franklin University of Medicine and Science, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the claims asserted by Plaintiff in the above-captioned action are dismissed with prejudice. The parties will bear their own fees and costs.

Dated: December 4, 2017

Respectfully submitted,

/s/ *Jeffrey W. Sanford*
William M. McErlean
Jeffrey W. Sanford
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
E-mail: wmcerlean@btlaw.com
E-mail: jsanford@btlaw.com

*Attorneys for Defendant Rosalind Franklin University of Medicine and Science*

/s/ *Yusra Gomaa*
Yusra Gomaa
Kapitan Law Office
P.O. Box 6779
Chicago, Illinois 60680
Telephone: (312) 566-9590
Facsimile: (312) 566-9591
E-mail: ygomaa@kapitanlaw.net

*Attorney for Plaintiff Rashida Issa*