# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rashida Issa

                                            Plaintiff,

v.                                                                                          Case No.: 1:17−cv−04554

                                                                                          Honorable Joan H. Lefkow

Rosalind Franklin University of Medicine and Science

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing of 1/9/2018 stricken. Pursuant to Stipulation of Dismissal [25], case dismissed with prejudice. The parties will bear their own fees and costs. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.